UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2012 MAY 14  AM 10: 54

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA )
)
Plaintiff, )
) CAUSE NO.: 1:12-MJ-0316
)
vs. )
)
DONALD JOHN SACHTLEBEN, )
)
Defendant. )

## APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear as co-counsel, Retained Attorney, for Donald John Sachtleben.

Date: May 14, 2012

Respectfully submitted,

By: _____
Charles C. Hayes, IN Att. # 24220-53
141 E. Washington St. Ste. 225
Indianapolis IN 46204
charleshayes.atty@gmail.com
T: 317-491-1050
F: 317-491-1043

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, a copy of the foregoing was delivered to AUSA Steve DeBrota and Brant Cook, 10 W. Market Street, Suite 2100, Indianapolis, Indiana 46204 by e-mail.

_____
Charles C. Hayes, IN Att. # 24220-53

141 E. Washington St. Ste. 225
Indianapolis IN 46204
T: 317-491-1050
F: 317-491-1043
charleshayes.atty@gmail.com